IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALEX JONES )<br>)<br>    Plaintiffs/Counter Defendants, )<br>)<br>v. )<br>    )<br>TITLEMAX OF SOUTH CAROLINA, INC. )<br>    )<br>    Defendants/Counter Claimants. ) | Civil Action No. 24-cv-10 |

### KATHLEEN AND LEROY SINGLETARY MOTION TO ENFORCE AWARD AND ENTER JUDGMENT

Plaintiffs Kathleen and Leroy Singletary ("Plaintiff") files this motion the Court pursuant to 9 U.S.C. § 9 to confirm the Final Award issued by JAMS in the arbitration between Plaintiff and Defendant TitleMax of South Carolina, Inc. ("TitleMax"). The final award is attached to the accompanying brief in support of this motion.

Plaintiff is a citizen and resident of North Carolina. TitleMax is a corporation organized and existing and maintaining their principal places of business in other states and are not citizens of North Carolina for diversity jurisdiction purposes. The Final Award is for an amount in excess of $75,000.00. The Court has jurisdiction pursuant to 28 U.S.C. § 1332 as the parties are diverse and the amount in controversy is in excess of $75,000.

WHEREFORE, Plaintiff respectfully moves for an order to confirm the Final Award issued by JAMS in the arbitration between Plaintiff and Defendant TitleMax consistent with the Arbitration award and interest and attorneys' fees. Plaintiff also moves to

1

enter Judgment against TitleMax.

This the 25th day of November, 2025.

                                                                   */s/ Andrew H. Brown*
                                                                   Andrew H. Brown
                                                                   N.C. State Bar No. 28450
                                                                   James R. Faucher
                                                                   N.C. State Bar No. 31514
                                                                   Attorney for Plaintiff

**FOR THE FIRM:**

**BROWN, FAUCHER, PERALDO & BENSON, PLLC**.
822 North Elm Street, Suite 200
Greensboro, NC  27401
(336) 458-0058 (telephone)
(336) 273-5597 (facsimile)
drew@greensborolawcenter.com
james@greensborolawcenter.com