IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF NORTH CAROLINA

| | |
|---|---|
| ALEX JONES | ) |
| | ) |
|     Plaintiffs/Counter Defendants, | ) |
| | ) |
| v. | ) |
| | )   Civil Action No. 24-cv-10 |
| | ) |
| TITLEMAX OF SOUTH CAROLINA, INC. | ) |
| | ) |
|     Defendants/Counter Claimants. | ) |

## KATHLEEN AND LEROY SINGLETARY AMENDED MOTION TO ENFORCE AWARD AND ENTER JUDGMENT

Plaintiffs Kathleen and Leroy Singletary ("Plaintiff") files this amended motion the Court pursuant to 9 U.S.C. § 9 to confirm the Corrected Final Award issued by JAMS in the arbitration between Plaintiff and Defendant TitleMax of South Carolina, Inc. ("Title-Max"). The corrected final award is attached to the accompanying brief in support of this motion.

Plaintiffs are each a citizen and resident of North Carolina. TitleMax is a corporation organized and existing and maintaining their principal places of business in other states and are not citizens of North Carolina for diversity jurisdiction purposes. The Final Award is for an amount in excess of $75,000.00. The Court has jurisdiction pursuant to 28 U.S.C. § 1332 as the parties are diverse and the amount in controversy is in excess of $75,000.

WHEREFORE, Plaintiffs respectfully move for an order to confirm the Corrected

1

Final Award issued by JAMS in the arbitration between Plaintiff and Defendant TitleMax consistent with the Arbitration award and interest and attorneys' fees. Plaintiff also moves to enter Judgment against TitleMax.

This the 5th day of December, 2025.

> */s/ James R. Faucher*
> Andrew H. Brown
> N.C. State Bar No. 28450
> James R. Faucher
> N.C. State Bar No. 31514
> Attorney for Plaintiff

**FOR THE FIRM:**

**BROWN, FAUCHER, PERALDO & BENSON, PLLC**.
822 North Elm Street, Suite 200
Greensboro, NC  27401
(336) 458-0058 (telephone)
(336) 273-5597 (facsimile)
drew@greensborolawcenter.com
james@greensborolawcenter.com